Lorette J. Darlington et al., conservators of the estate of Wm. H. Darlington, defendants in error, v. N. I. Perry, plaintiff in error. Gen. No. 35,784.

Heard in the third division of this court for the first district at the April term, 1932. Opinion filed November 16, 1932. Rehearing denied and opinion modified December 1, 1932.

Francis L. Brinkman, for plaintiff in error; Henry O. Nickel, of counsel. Austin E. Torney, for defendants in error; Harry F. Brewer, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.